(No. 721—Claimant awarded $1,560.00.)

SOCIETY FOR VISUAL EDUCATION INC., Claimant, *vs.* STATE OF ILLI-
NOIS, Respondent.

*Opinion filed. May 1, 1925.*

FRANCHISE TAX—*when award will be made for refund.* This case is con
trolled by the decision of the court in *Alfred Decker & Cohn, Inc.* v. *State.*

BROWN, HAY & STEPHENS, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH,
Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for the recovery of $1560.00 franchise tax
erroneously paid the Secretary of State of the State of Ill-
inois in the years 1921 and 1922.

The demurrer filed by the Attorney General of the State
of Illinois is sustained, as a matter of law.

On the grounds of equity and social justice, we award
claimant the sum of $1560.00.